IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Tracey M | Case Number:  07 B 17918 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Alliant Credit Union | Secured | 10,150.91 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 8,500.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 2,960.50 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,662.24 | 0.00 |
| 8. | Ultra Diamonds | Unsecured | 436.90 | 0.00 |
| 9. | U.S. Department Of Education | Unsecured | 58,499.40 | 0.00 |
| 10. | Alliant Credit Union | Unsecured | 1,618.94 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 47.57 | 0.00 |
| 12. | GE Money Bank | Unsecured | 4,225.52 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 366.04 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 13.40 | 0.00 |
| 15. | U.S. Department Of Education | Unsecured | 2,919.52 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 2,264.76 | 0.00 |
| 17. | Internal Revenue Service | Secured | | No Claim Filed |
| 18. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Associated Credit Services Inc | Unsecured | | No Claim Filed |
| 21. | GC Services | Unsecured | | No Claim Filed |
| 22. | Bill Me Later | Unsecured | | No Claim Filed |
| 23. | IDAPP | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 94,665.70 | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Tracey M

Printed:  1/29/08

Case Number:  07 B 17918
Judge:  Wedoff, Eugene R

Filed:  10/1/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

